March 17, 2021

U.S. Equal Employment Opportunity Commission
Philadelphia District Office
Penthouse Suite-1300
801 Market Street
Philadelphia, PA 19107- 3127

                          RE:    Susan Anderson
                                        PHRC Case No.:201902772
                                        EEOC No.:     17F202061318

Dear Sir or Madam:

      My office represents Susan Anderson in the above-mentioned matter. It has been over 240 days from the date the charge was filed with the PHRC. We are requesting a right to sue letter for my client, Susan Anderson.

      Thank you for your anticipated cooperation in this matter.

                                                 Sincerely,
                                                 LEPLEY, ENGELMAN, YAW & WILK, LLC

                                                 Douglas N. Engelman, Esq.

rjb
c:    Susan Anderson
      Waydee Rivera, PA Human Relations Commission


EXHIBIT C