# Lepley, Engelman, Yaw and Wilk, LLC
### Attorneys at Law
140 East Third Street
Williamsport, Pa. 17701
(570) 323-3768 • Fax (570) 323-6191 • (800) 422-5396

*The George W. Lentz House*

George E. Lepley, Jr. • Douglas N. Engelman • David F. Wilk
Gary L. Black • Jason W. Lepley • Taylor Beucler • Brandon R. Schemery
Janice Ramin Yaw of Counsel

August 30, 2021

U.S. Equal Employment Opportunity Commission
Philadelphia District Office
Penthouse Suite-1300
801 Market Street
Philadelphia, PA 19107- 3127

                          RE:    Susan Anderson
                                   PHRC Case No.:201902772
                                   EEOC No.:   17F202061318

Dear Sir or Madam:

    My office represents Susan Anderson in the above-mentioned matter. It has been over 240 days from the date the charge was filed with the PHRC. We sent a letter to you back in March but have yet to hear back. We are requesting a right to sue letter for my client, Susan Anderson.

    Thank you for your anticipated cooperation in this matter.

                                                      Sincerely,
                                                      LEPLEY, ENGELMAN, YAW & WILK, LLC

                                                      Douglas N. Engelman, Esq.

mjh
c:    Susan Anderson
     Waydee Rivera, PA Human Relations Commission



**EXHIBIT D**

Canton Office: 238 Troy Street • Post Office Box 127 • Canton, Pennsylvania 17724 • Telephone (570) 673-4081
Lewisburg Office: 320 Market Street • Lewisburg, Pennsylvania 17837 • Telephone (570) 522-0505