## Performance Improvement Plan                    Geisinger

**Employee Name:** Susan Anderson
**Lawson #** 29315                **Entity:** GMC
**Region:** NC
**Department Name:** VAT
**Title:** RN
**Direct Supervisor's Name:** Michele Long
**HIPAA Violation:** Yes ☐   No ☒

**Select level of discipline:**
Verbal warning: ☐
Written warning: ☐
Suspension: ☐
# of Shift Suspension:
Termination: ☒
Date 10/15/2019

**Performance Issue:** *Identify the specific performance issue or opportunity for improvement. Include specific observations, feedback, and/or facts related to the performance issue. List dates and summary of previous disciplines related to this issue if applicable. Attach additional sheets if necessary.*

- **Current Performance Issue(s):** Unprofessional behavior and communication in the work environment. Not meeting expectations of Geisinger's C.I.CARE Standards.

On 9-25-2019, two concerns with Susan Anderson's behavior on 9-19-2019 were brought to the VAT Operations Manager's attention:

1. **BP6 Concern:**

   It was reported that Susan refused to start an IV if BP6 had not attempted. The patient was requesting that the IV team start her IV because the patient had so much trouble in the past with IV starts. BP6 was able to obtain a physician's order for an additional site, though it was reported that Susan stated to BP6 that it was not good practice to run two antibiotics in at once anyway. Finally, she agreed to come assess the patient for a site. It was reported that Susan was visibly annoyed that she was asked to place the site and openly discussed the probable failure of placing the site. It was reported that the patient said that her "veins roll" and that Susan said in front of patient "there is no such thing as veins rolling. It is the nurse that has poor technique." As Susan left, the patient became upset as she thought she did something wrong and the IV nurse was mad at her from the way Susan acted in front of her. While Susan was correct, the patient had poor access and would most likely need a line in the future, her communication with staff members and the patient was unprofessional.

2. **BP5 Concern:**

   Later that day, an agitated patient on BP5 had pulled out his IV site during the code grey. It was reported that upon entering the unit, Susan loudly questioned the nurse regarding the patient stating, "if this patient is aggressive, I will need help." The nursing team quickly offered to help, and Susan continued to state that she should be giving report right now and hopefully it will not take a while.

Though in both instances Susan was accurate in ensuring the patient's IV access is maintained and that she may need assistance with a combative patient, the concern is Susan's on-stage behavior and professionalism when discussing these concerns with team members. Her behavior was not in line with the expectations of Geisinger's C.I.CARE Standards.

Page 1 of 3

**EXHIBIT F**

## Performance Improvement Plan     

On 9-27-2019, the VAT Operations Manager spoke to Susan. Regarding the BP6 concern, she indicated the patient was poor access. She stated she thinks that the BP6 nurse did not like that she was questioning the need for the second site. She stated she meant to educate the BP6 nurse and did not intend to appear negative or difficult. Susan agreed this may have been misinterpreted. Regarding the BP5 concern, Susan states the patient was combative, she asked for help and staff complied. She stated the patient was loud, swinging, and did not want the IV. Susan denies that she was loud during the arrival on the unit.

- **Previous History/Disciplines:**
  On July 25, 2019, Susan was coached regarding her disruptive behavior and violation of the dress code policy.
  On 10-31-2018, Susan received a 1-day suspension for unprofessional behavior and communication in the work environment.
  On 5-9-2018, Susan received a written warning for unprofessional behavior and communication in the work environment.
  On 2-15-2018 Susan received a verbal warning for her unprofessional behavior, and not meeting expectation of qualify of care standards.
  On 2-15-2016, Susan received written warning for her unprofessional behavior, and not meeting expectation of qualify of care standards.
  On 4-30-2014, Susan received a written warning for her unprofessional behavior, and not meeting expectation of qualify of care standards.
  On 6-21-2013, a verbal warning was presented to Susan for concerns regarding negative behaviors.

**Action Plan:** Document the agreed upon action plan. List action/goals, expected outcomes, timeframe, and specific responsibilities.

This documents a termination due to the pattern of unprofessional behaviors and communication and not meeting the expectations of Geisinger's C.I.CARE Standards.

Please see attached Complaint Procedure Policy for details on the optional employee grievance process for this employment decision.

# Performance Improvement Plan 

This document constitutes a  Termination   and will be placed in the employee HR personnel file (exception – verbal warnings.)  Future incidents of this nature will result in further discipline up to and including suspension and/or termination.

**Employee Comments:**

Completed By: ____Michele Long_____          Date: __10-15-19_____

Reviewed by Employee: _____          Date: _____
*(Signature indicates employee received this information. Signature does not indicate agreement.)*

Supervisor/Manager/Dept. Head: _____          Date: _____

Administrative Officer: _____          Date: _____

Human Resources: _____          Date: _____

Employee: Please review HR Policy #04.180 "Employee Complaint Resolution Procedure" regarding our grievance procedure for bi-weekly and salaried employees located on the INFOweb
at URL: http://infoweb.geisinger.edu/ghs_manuals/hr/hrt/hr_04_180.html
or policy #04.445 "Step Procedure for Complaint Resolution – Professional Staff Employee" regarding our grievance procedure for monthly paid employees located on the INFOweb
at URL: http://infoweb.geisinger.edu/ghs_manuals/hr/hrt/hr_04_445.html
Policy Note:  Intent to purse internal complaint option is required to be submitted within seven (7) days of receiving this performance improvement plan document

Manager: Please provide a copy of this completed PIP to the employee and send original to your HR Generalist with necessary signatures.

Revised: 06/16 dh
Revised: 07/09 ge
Revised: 10/04
Revised: 07/04

# C.I.CARE

Here at Geisinger, we are committed to delivering the best experience to everyone we serve, every time. In order to do that, we use C.I.CARE to help us consistently provide the most caring communications.


## Connect
Make a good first impression by immediately acknowledging and greeting your patient or colleague with eye contact and a friendly tone of voice.


## Introduce
Introduce yourself and your team by stating your name and role. Ask for your patients' or colleagues' names with interest.


## Communicate
Communicate by engaging with your patients or colleagues and explaining your task. Demonstrate team collaboration and elevate your colleagues.


## Ask & Anticipate
Ask permission before starting your task and anticipate patients' and colleagues' needs, questions or concerns.


## Respond
Listen and respond to patients' and colleagues' questions, requests and needs in a timely manner.


## End with Excellence
Explain your next steps to patients and colleagues. Ask if there is anything else you can do to make their experience better. Thank them in a warm, friendly and genuine tone.

Caring

Geisinger

# Geisinger

# MEMO

TO: Susan Anderson

FROM: Human Resources

SUBJECT: Transition Information

---

The purpose of this memo is to confirm your last day of employment with Geisinger as 10/15/2019 and to provide you helpful information to facilitate your transition.

Your final pay for regular hours will be direct deposited into the bank account currently on file with Geisinger. Any accrued PTO hours will be paid out to you. Your W-2, will be mailed to the home address listed above. Please contact Human Resources at 570-271-6640 should your address change before the end of the calendar year.

Please note your benefits through Geisinger will end the last day of the month in which the termination of employment occurs, 10/31/2019. If you had medical, dental, or vision benefits, Vantagen, our third-party vendor, will mail you information/election forms for continuation of benefit coverage through COBRA (a continuation of your current coverage at your cost). You should expect to receive these forms within 30 days of your last day of employment. Your benefits will not lapse provided that you elect the COBRA coverage and submit your premium payments in a timely manner.

If you were eligible for life insurance, the conversion information will be mailed to your home address and will need to be returned to Lincoln Life along with the premium payment within 31 days of the date of termination of the group term life insurance. If you were enrolled in our retirement plan you will soon receive information on the available options from Fidelity Investments. If you were enrolled in voluntary benefits, you will also be contacted by the individual providers regarding any voluntary benefits that you may have elected. Communication from these providers should be mailed to you within 30 days of your last day of employment.

For your convenience, a complete listing of provider contact information is enclosed.

If you have any questions, please do not hesitate to contact Human Resources at 570-271-6640.

# Benefit contact information

We encourage you to contact the Geisinger Human Resources Department with any questions or concerns that you may have. However, there may be times when you want to contact the carrier or go to their website. The following is provided for your convenience.

| BENEFIT | PROVIDER | | WEB |
|---|---|---|---|
| Medical | Geisinger Health Plan | 570-271-8770<br>1-800-504-0443 | thehealthplan.com |
| Prescription Plan | Geisinger Health Plan | 570-271-5673<br>1-800-988-4861 | |
| Dental | Delta Dental | 1-800-932-0783 | deltadentalins.com/geisinger |
| Group Term Life & AD&D | Lincoln Financial | 1-800-423-2765 | lfg.com |
| Voluntary Short Term Disability | CIGNA | 1-800-36-CIGNA | cigna.com |
| Long Term Disability | CIGNA | 1-800-36-CIGNA | cigna.com |
| Fidelity Retirement Plans | Fidelity | 1-800-343-0860 | fidelity.com/atwork |
| Vantagen Flexible Spending Accounts/Benny Card | Vantagen | 1-800-307-0230<br>Fx: 866-406-0946 | vantagenllc.com<br>myflexdollars.com |
| Vision Insurance | VSP | 1-800-877-7195 | vsp.com |

*Summary plan descriptions and other plan documents are available for your review on the Geisinger intranet.*

**Geisinger Human Resources**
Ph: 570-271-6640
Fx: 570-271-7158
Monday – Friday, 7:30 a.m. – 5 p.m.



8.17